UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES WRIGHT, JR., | Case No. 3:12-cv-00286-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.,* | |
| Respondents. | |

This action is a petition, filed through counsel, for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 10, 2014, this Court granted a stay and administratively closed petitioner's federal habeas corpus action so that he could exhaust certain grounds in his amended petition. (Dkt. no. 55.)

Petitioner's further state-court proceedings have concluded, and petitioner has now returned to this Court seeking to reopen this case. (Dkt. no. 57.) Petitioner has filed supplemental exhibits in support of the motion to reopen the case and in support of his amended petition. (Dkt. no. 58.) Petitioner asks that the supplemental exhibits be linked to his first amended petition at dkt. no. 38, as petitioner apparently wishes to proceed on the amended petition already on file with the Court. Good cause appearing, this action is reopened and the Court now sets a further briefing schedule.

It is therefore ordered that petitioner's motion to reopen this action (dkt. no. 57) is granted.

It is further ordered that, as the stay is lifted by this order, the Clerk shall reopen the file in this action.

It is further ordered that the supplemental exhibits filed at dkt. no. 58 are accepted as supplemental exhibits to the first amended petition. (Dkt. no. 38.) The Clerk of Court shall link the supplemental exhibits (dkt. no. 58) to the first amended petition (dkt. no. 38) on the CM/ECF docket in this action.

It is further ordered that respondents will have forty-five (45) days following the date of entry of this order within which to answer, or otherwise respond to, the first amended petition (dkt. no. 38).

It is further ordered that petitioner will have forty-five (45) days following service of the answer to file and serve a reply brief. If a dispositive motion is filed in response to the first amended petition, the parties shall brief the motion in accordance with Local Rule 7-2.

It is further ordered that the parties shall send courtesy (paper) copies of any further exhibits filed in this action to the Reno Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

DATED THIS 5th day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE